IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA BOONE AND DENNIS BOONE | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. H-09-1613 |
| SAFECO INSURANCE COMPANY OF INDIANA, AND GEORGE ECHOLS | § § § § | |
| Defendants. | § | |

## ORDER

Counsel for the plaintiff has advised that because a letter was sent to the insureds on October 12, 2009, the abatement entered on September 22, 2009 has expired. A status conference is set for **February 8, 2010, at 8:30 a.m.**, to consider the motion to lift the abatement and to set a scheduling order.

SIGNED on January 27, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge