IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA BOONE AND DENNIS BOONE | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-09-1613 |
| | § | |
| SAFECO INSURANCE COMPANY | § | |
| OF INDIANA, AND GEORGE ECHOLS | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiffs, Donna and Dennis Boone, have filed a motion to reinstate and revise the release language. (Docket Entry No. 48). A hearing on this motion is set for **October 19, 2010, at 10:30 a.m.**, in Courtroom 11-B.

SIGNED on October 13, 2010, at Houston, Texas.

                                                              _____
                                                                        Lee H. Rosenthal
                                                                 United States District Judge